MEMORANDUM OPINION



No. 04-09-00345-CV



In the Matter of the ESTATE OF Elisa R. CANTU, Deceased,





From the Probate Court No. 1, Bexar County, Texas


Trial Court No. 1999-PC-0683


Honorable Polly Jackson Spencer, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Chief Justice

 Steven C. Hilbig, Justice

 Marialyn Barnard, Justice


Delivered and Filed: July 29, 2009


MOTION TO WITHDRAW APPEAL GRANTED AND APPEAL DISMISSED

 On June 17, 2009, we issued a show cause order in this appeal requiring appellant to show
cause why the appeal should not be dismissed for lack of jurisdiction; it appeared the trial court's
judgment did not dispose of all the issues in the case. In response, appellant filed a motion to
withdraw the appeal, stating the trial court's judgment was not a final judgment for purposes of
appeal. We therefore grant appellant's motion and dismiss the appeal. See Tex. R. App. P.
42.1(a)(1). We order all costs assessed against appellant. See Tex. R. App. P. 42.1(d)(absent
agreement of the parties, costs are taxed against appellant).

 PER CURIAM